**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JAMES E. HUGHES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL NO. 07-738-MJR |
| | ) |
| ROGER WALKER, JR., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court upon Plaintiff's "motion to withdraw" his complaint (Doc. 8) which the Court liberally construes as motion to voluntarily dismiss this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

In a prior Order (Doc. 5), the Court denied Plaintiff's motion to proceed *in forma pauperis* because Plaintiff had at least three prior prisoner actions dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. Plaintiff was ordered to pay the $350 filing fee. Plaintiff was warned that if he failed to pay the filing fee, then the complaint would be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Plaintiff seeks to voluntarily dismiss this action, without prejudice, because he does not currently have enough funds to pay the full $350 filing fee. Plaintiff wishes to preserve his ability to pursue the claims alleged in the complaint should he the funds to do so at a later date.

Accordingly, Plaintiff's motion to voluntarily dismiss this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure (Doc. 8) is **GRANTED.** The Clerk is

1

**DIRECTED** to **CLOSE THIS CASE**,

IT IS SO ORDERED.

DATED this 17th day of January, 2008.

                                                s/ Michael J. Reagan
                                                MICHAEL J. REAGAN
                                                United States District Judge